STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
ROGER BROWN, DEFENDANT-RESPONDENT.

Argued November 19, 1974—Decided December 4, 1974.

*Mr. Howard Allen Cohen,* Deputy Attorney General, argued the cause for appellant (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

*Mr. Edward M. Weisslitz,* First Assistant Deputy Public Defender, argued the cause for respondent (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judge COLLESTER—7.

*For reversal*—None.